**UNITED STATES DISTRICT COURT**
**FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**

**SINVAL NUNES FERREIRA**

      **Plaintiff(s),**

**v.**                                     **Civil Action No.: 9:20-cv-81830-WPD**

**OLYMPUS TOWERS CONDOMINIUM**
**& MARINA, a Florida corporation d/b/a**
**The Olympus Association, Inc., et al.**

      **Defendant(s).**

_____/

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND**
**TO PLAINTIFF'S COMPLAINT**

The Defendant, OLYMPUS TOWERS CONDOMINIUM & MARINA, a Florida corporation

d/b/a The Olympus Association, Inc. (hereinafter referred to as "OLYMPUS ASSOCIATION"), by and

through its undersigned counsel, hereby moves this Court for an extension of time to respond to Plaintiff's

Complaint, and in support thereof states as follows:

      1.      OLYMPUS ASSOCIATION was allegedly served with Plaintiff's Complaint in this matter

on January 7, 2022.

      2.      A response to Plaintiff's Complaint is currently due.

      3.      The OLYMPUS ASSOCIATION is currently awaiting a coverage determination and

possible assignment to defense counsel.

      4.      Accordingly, OLYMPUS ASSOCIATION requests that the time to provide its response

to Plaintiff's Complaint be extended to Monday, February 14, 2022.

Case No.: 0:21-cv-62594-WPD

Unopposed Motion for Enlargement
of Time to Respond to Complaint

Page 2 of 2

**WHEREFORE**, the Defendant, OLYMPUS TOWERS CONDOMINIUM & MARINA, a

Florida corporation d/b/a The Olympus Association, Inc., respectfully requests that this Honorable Court

extend the deadline for the Defendant to file its response to the Plaintiff's Complaint and grant any other

relief the Court may deem just and proper.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(3)

The undersigned counsel has conferred with counsel for the Plaintiff in a good faith effort to resolve

the issues raised in this Motion, and the Plaintiff has advised it does not oppose the relief being sought.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 31st

day of January, 2022, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing

to all Parties listed on the Service List.

Dated: January 31, 2022

Respectfully Submitted,

 */s/ Gerard S. Collins*

**GERARD S. COLLINS, ESQ.**
Florida Bar No.: 738050
**KAYE BENDER REMBAUM, P.L.**
1200 Park Central Boulevard South
Pompano Beach, FL 33064
Telephone: (954) 928-0680
Fax: (954) 772-0319
Email: gcollins@kbrlegal.com
Service email: litigation@kbrlegal.com