AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| SINVAL NUNES FERREIRA <br><br> *Plaintiff(s)* <br><br> v. <br><br> OLYMPUS TOWERS CONDOMINIUM & MARINA, a Florida Corporation d/b/a The Olympus Association, Inc. and AW PROFESSIONAL MAINTENANCE SERVICE, INC. a Florida Corporation, et al <br><br> *Defendant(s)* | Civil Action No. 21-62594-CIV |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AW PROFESSIONAL MAINTENANCE SERVICE, INC.
REGISTERED AGENT: WILMA L. ANDRADE
899 W CAMINO REAL
BOCA RATON, FL 33486

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   SHERNELLE SINGH, CAM
C/O GERARD S. COLLINS, ESQ.
KAYE BENDER REMBAUM, P.L.
1200 PARK CENTRAL BLVD. SOUTH
POMPANO BEACH, FL 33064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Mar 2, 2022

Angela E. Noble
Clerk of Court

SUMMONS

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts