UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-62594-CIV-DIMITROULEAS

SINVAL NUNES FERREIRA,

    Plaintiff,

v.

OLYMPUS TOWERS CONDOMINIUM &
MARINA, a Florida corporation d/b/a
The Olympus Association, Inc., and AW
PROFESSIONAL & MAINTENANCE
SERVICE, INC., a Florida corporation, and
SHERNELLE SINGH, CAM, individually,
and WILMA ANDRADE, individually,

    Defendants.
_____/

**OLYMPUS TOWERS CONDOMINIUM & MARINA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS CROSS-CLAIM**

**COMES NOW** the Defendant, OLYMPUS TOWERS CONDOMINIUM & MARINA ("OLYMPUS"), by and through its undersigned counsel, and pursuant to Rule 6(b)(1)A of the Federal Rules of Civil Procedure, hereby files this Motion for Extension of Time to Respond to the Motion to Dismiss Cross-Claim filed by Co-Defendant AW PROFESSIONAL MAINTENANCE SERVICE, INC. ("AW MAINTENANCE"), and in support thereof, states:

1. Third-Party Plaintiff OLYMPUS was served with AW MAINTENANCE's Motion to Dismiss Cross-Claim on May 23, 2022. [D.E. 36]

2. A Response to the foregoing Motion is due no later than June 2, 2022.

3. Plaintiff and AW MAINTENANCE have already settled the main claim in this case, to wit

      an Order Approving Settlement between the parties was entered by this Honorable Court on May 24, 2022. [D.E. 38]

4. Given the foregoing, OLYMPUS and AW MAINTENANCE are actively engaged in settlement discussions to conclude to sole dispute remaining in this case.

5. Rather than increase the expense associated with preparing a Response to AW MAINTENANCE's Motion to Dismiss, the Parties seek additional time in which to seek an amicable resolution.

6. Undersigned has spoken directly with counsel for AW MAINTENANCE who states he agrees to the instant request for additional time.

7. This Motion is filed in good-faith and not solely for the purpose of delay.

8. Based on the foregoing, Plaintiff respectfully has shown good-cause for a brief extension of time to file a Response to the pending Motion to Dismiss.

**WHEREFORE**, Defendant / Third-Party Plaintiff OLYMPUS respectfully requests this Honorable Court enter an Order granting this Motion for Extension of Time and providing twenty (20) additional days in which to respond to AW MAINTENANCE's Motion to Dismiss Third Party Claim, and for any additional relief this Court deems just and proper.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Defendant conferred with counsel for Plaintiffs, which counsel stated that Plaintiffs do not oppose the relief sought herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed this 2nd day of June, 2022, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

Respectfully Submitted,

/s/ *Gerard S. Collins*
**GERARD S. COLLINS, ESQ.**
Florida Bar No.: 738050
Email: gcollins@kbrlegal.com
Service email: litigation@kbrlegal.com
**STUART M. SMITH, ESQ.**
Florida Bar No.:9717
Email: ssmith@kbrlegal.com
Service email: litigation@kbrlegal.com