UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-62594-WPD

SINVAL NUNES FERREIRA,

    Plaintiff,

v.

OLYMPUS TOWERS CONDOMINIUM &
MARINA, a Florida corporation d/b/a
The Olympus Association, Inc., and AW
PROFESSIONAL & MAINTENANCE
SERVICE, INC, a Florida corporation, and
SHERNELLE SINGH, CAM, individually,
and WILMA ANDRADE, individually,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court on Defendant AW PROFESSIONAL & MAINTENANCE SERVICE, INC.'s Motion to Dismiss Cross Claims for Lack of Subject Matter Jurisdiction, filed May 23, 2022. [DE 36]. On June 2, 2022, the Court entered an Order extending the deadline for Defendant OLYMPUS TOWERS CONDOMINIUM & MARINA's to respond to the Motion to Dismiss Cross-Claim to June 27, 2022, on the grounds that the parties advised the Court that the remaining parties were actively engaged in settlement discussions. *See* [DE's 40, 41]. That deadline has passed and the parties have failed to file a notice of settlement, nor has Defendant OLYMPUS TOWERS CONDOMINIUM & MARINA responded to the Motion to Dismiss Cross-Claim.

1

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

In the event that no notice of settlement is filed on or before **July 5, 2022**, Defendant OLYMPUS TOWERS CONDOMINIUM & MARINA shall respond by that date to the Motion to Dismiss Cross-Claim [DE 36] or shall show cause for its failure to do so. Failure to respond may result in the Court granting the Motion [DE 36] by default.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of June, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of Record